FILED
2016 Dec-05  PM 04:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

|  |  |  |
|---|---|---|
| **MICHELLE WHALEN,** | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NUMBER:** |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **WALDROP & ASSOCIATES, P.C.,** | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

### PLAINTIFF'S COMPLAINT

This is an action brought by the Plaintiff, Michelle Whalen, for statutory damages, attorney's fees, and costs for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA").

### JURISDICTION AND VENUE

This Court has jurisdiction under 15 U.S.C. §1692k (d), and 28 U.S.C. §1331, §1332, and §1367. Venue is proper in that the Defendant's principal place of business is in this district, the Defendant transacted business in this district, and the Plaintiff resides in this district.

### PARTIES

1. The Plaintiff, Michelle Whalen, is a resident and citizen of the State of Alabama, St. Clair County, and is over the age of twenty-one (21) years.

2. The Defendant, Waldrop & Associates, P.C., is a professional corporation organized under the laws of the State of Alabama and which was, in all respects and at all times relevant herein, doing business in the State of Alabama. The Defendant is engaged in the business of collecting consumer debts from consumers residing in St. Clair County, Alabama and is a "debt collector," as defined by the FDCPA 15 U.S.C. §1692a(6).

## FACTUAL ALLEGATIONS

1. By correspondence dated May 10, 2016, Defendant arranged for the preparation and transmittal of a letter to Plaintiff demanding payment of a debt allegedly due "Affinity Hospital, LLC dba Grandview Med" in the amount of $305.64. A true and correct copy of said correspondence is attached hereto and incorporated herein as **"Exhibit A."**

2. "Exhibit A" was received by the Plaintiff at her home address in Pell City, Alabama.

3. The alleged and disputed debt of Plaintiff claimed in "Exhibit A" was incurred for personal, family, or household services, and was a "debt" as defined by the FDCPA at 15 U.S.C. §1692a(5).

4. The text in the body of "Exhibit A" states:

    Your account has been placed with us for immediate collection. ***It is necessary that you contact our office within thirty days in order to resolve this issue by making payment in full***. If this account is not paid in full we will file a lawsuit in an attempt to collect this debt. If this debt remains unpaid, it may affect your credit rating. (Emphasis added).

    If we obtain a judgment, it could result in a garnishment of your wages, a garnishment of your bank account or a lien being placed on your real or personal property.

    ***We will assume this debt to be valid unless it is disputed within thirty days after you receive this letter. If you do dispute this debt or any portion thereof, you are requested to provide us with written notice of your dispute. Upon receipt of your written notice, we will obtain and mail you a verification of this debt or a copy of any judgment as well as the name of the original creditor, if different from the current creditor.***
    ***This communication is from a debt collector and is for the purpose of collecting a debt. Any information which we receive as a result of this communication will be used for that purpose.*** (Emphasis in the original).

5. The least sophisticated consumer, receiving "Exhibit A", would be confused about their thirty day right to dispute the debt since the letter demanded payment in full within thirty days otherwise suit would be filed.

6. It is the policy and practice of Defendant to send collection letters in the form of "Exhibit A" to consumers requiring payment in full within thirty days which contradicts and overshadows the thirty day validation notice.

7. After Plaintiff received this letter, counsel for the Plaintiff disputed the debt in its entirety in writing by letter dated May 26, 2016.

8. Despite receiving Plaintiff's dispute letter, Defendant failed to provide any verification of the alleged debt and, in violation of 15 U.S.C. § 1692g, engaged in continued collection efforts, namely filing suit against Plaintiff, without first providing verification as is required.

## COUNT ONE
## FAIR DEBT COLLECTION PRACTICES ACT

9. The Plaintiff adopts the averments and allegations of all the above paragraphs hereinbefore as if fully set forth herein.

10. The Defendant has engaged in collection activities and practices in violation of the Fair Debt Collection Practices Act (hereinafter referred to as "FDCPA") with respect to the Plaintiff's alleged consumer debt.

11. The Defendant violated the FDCPA because its collection letter contained language that was inconsistent with, contradicted and overshadowed the debt validation language required by §1692g.

12. The Defendant violated §1692g by continuing to engage in collection efforts without first providing verification of the debt after receiving the letter disputing the alleged debt in its entirety.

## AMOUNT OF DAMAGES DEMANDED

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff demands a judgment against the Defendant as follows:

A. Declaratory judgment that the Defendant's conduct violated the FDCPA;

B. Statutory damages of $1,000 from the Defendant for the violations of the FDCPA (15 U.S.C.§1692k);

C. Costs and reasonable attorney's fees from the Defendant pursuant to 15 U.S.C.§1692k;

D. Such other and further relief that this Court deems necessary, just and proper.

**PLAINTIFF DEMAND A TRIAL BY STRUCK JURY**

/s/ *W. Whitney Seals*
Whitney Seals
Attorney for Plaintiff

**OF COUNSEL:**
Pate & Cochrun, L.L.P.
P.O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)
filings@plc-law.com

**PLAINTIFF REQUESTS THAT DEFENDANT BE SERVED A COPY OF THIS COMPLAINT BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED TO THE FOLLOWING ADDRESS:**

**WALDROP & ASSOCIATES, P.C.**
C/O Registered Agent
Raymond D. Waldrop, Jr.
7037 Old Madison Pike, Suite 450
Huntsville, AL 35806